IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:
MARIA ESTHER NUNEZ LUGO

XXX-XX-1360

DEBTOR (S)

CASE NO.:13-08612-MCF

CHAPTER 13

POSITIVE
STANDING CHAPTER 13 TRUSTEE'S CERTIFICATION RELATED TO DISCHARGE
PURSUANT TO 11 USC §1328(a), (f), (g)(1), (h) AND
RULES 1007(b)(7) & (8) OF THE FRBP AND LBR 3015-2(j)

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

Section 1328(a) & LBR 3015-2(j) DSO Certification of Compliance

The debtor(s) certified to the Trustee (A) that there were NO domestic support obligations due to be paid by the debtor.

Section 1328(f) No Prior Discharge Requirement

According to the case record the debtor(s) HAS/HAVE NOT RECEIVED a discharge under Chapters 7, 11 or 12 during the 4-year period preceding this case petition date.

Instructional Course Requirement Pursuant to
Section 1328(g)(1) & FRBP Rule 1007(b)(7)

According to the case record debtor(s) HAS/HAVE NOT FILED CERTIFICATION(S)of completion of an instructional course concerning personal financial management described in 11U.S.C. §111 as required by Rule 1007(b)(7)of the FRBP.

Effective September 28, 2017, the Acting United States Trustee for Region 21 has temporarily waived the financial management education requirements for individual bankruptcy filers in the District of Puerto Rico due to the effects of Hurricane Irma and María. These waivers are made pursuant to 11 U.S.C. §109(h)(2)(A), 727(a)(11), and 1328(g)(2).

Applicability of Section 1328(h)& FRBP Rule 1007(b)(8)

Subsection (h) of §1328 IS NOT APPLICABLE to the Debtor(s) in this case since he/she/they, pursuant to §522(b)(2), elected to use federal exemptions under §522(d).

CONCLUSION

Above described facts shows that debtor(s) has/have comply with the required conditions to be entitled to a Chapter 13 discharge. Hence the case could be close after the entry of a discharge and the court approval of the Trustee's Final Report.

WHEREFORE, the Trustee hereby respectfully prays from this Honorable Court that an order be entered discharging the debtor(s) and after the Trustee's Final Report is approved, Close the Case.

**LBR 9013-1 (c) NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**AFFIDAVIT OF MILITARY SERVICE PURSUANT TO SECTION 201(b)(1) OF THE SERVICEMEN'S CIVIL RELIEF ACT OF 2003:** I hereby certify that according to information revised at the Department of Defense Manpower Data Center (DMDC) Internet Website, the Debtor(s) is (are) NOT in active duty or under call to active duty as member(s) of the army, navy, or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to:the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

In San Juan, Puerto Rico this January 08, 2019.

/s/ Jose R. Carrion

JOSE R. CARRION CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902
Tel (787)977-3535 FAX (787)977-3550

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | MARIA ESTHER NUNEZ LUGO<br>1014 EAST PRINCESS ST<br>YORK, PA 17403 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | LIBERTY CABLEVISION<br>PO BOX 719<br>LUQUILLO, PR 00773 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| US DEPARTMENT OF HUD C/O DEVAL LLC<br>1255 CORPORATE DRIVE 300<br>IRVING, TX 75038 | |

DATED: January 08, 2019

GENESIS RIVERA
OFFICE OF THE CHAPTER 13 TRUSTEE